**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6211**

_____

OSCAR PEREZ,

Plaintiff - Appellant,

v.

RONNIE LANE HUNEYCUTT, Warden at Alexander Correctional Institution,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:22-cv-00120-MR)

_____

Submitted:  July 24, 2025                    Decided:  July 29, 2025

_____

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Oscar Perez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Perez appeals the district court's order granting summary judgment to Ronnie Lane Huneycutt in Perez's 42 U.S.C. § 1983 action. Our review of the record leads us to conclude that the district court did not reversibly err in finding that Huneycutt was entitled to qualified immunity on Perez's claims for damages and that Perez's claims for injunctive and declaratory relief were moot. Accordingly, we deny Perez's motion for assignment of counsel and affirm the district court's order. *Perez v. Huneycutt*, No. 5:22-cv-00120-MR (W.D.N.C. Mar. 10, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*